# United States Court of Appeals
FOR THE DISTRICT OF COLUMBIA CIRCUIT

---

**No. 25-1120** **September Term, 2026**

**PRC-K2025-1183**
**PRC-MC2025-1183**

**Filed On:** September 17, 2026

United States Postal Service,

Petitioner

v.

Postal Regulatory Commission,

Respondent

**BEFORE:** Rao, Childs, and Pan, Circuit Judges

**O R D E R**

It is **ORDERED**, on the court's own motion, that the parties file supplemental briefs addressing whether the court may exercise jurisdiction over this petition. In their briefs, the parties should address, among other questions:

1. Whether a petition filed by the Postal Service under 39 U.S.C. § 3663 presents a justiciable case or controversy and whether such an action is consistent with the historical understanding of the "judicial Power" vested in the Article III courts. U.S. Const. art. III, § 1.
2. Whether a petition filed by the Postal Service under 39 U.S.C. § 3663 is consistent with Article II of the Constitution. *See* U.S. Const. art. II.
3. The effect, if any, of the Supreme Court's decision in *Trump v. Slaughter*, 146 S. Ct. 2283 (2026), on this court's precedents addressing intra-Executive Branch disputes.

Each party shall file its supplemental brief by 4:00 p.m. on November 16, 2026. In addition to electronic filing, the parties are directed to hand deliver paper copies of the supplemental briefs to the Clerk's office by the time and date due. Each party's brief shall not exceed 6,500 words.

**Per Curiam**

**FOR THE COURT:**
Clifton B. Cislak, Clerk

BY: /s/
Ellie F. Kemper
Deputy Clerk